AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EBBESKOV JANKOVIC, LLC<br>DBA iUSE PHOTOGRAPHY.<br>A Florida Limited Liability Company,<br><br>*Plaintiff(s)*<br>v.<br>MARTHA RABINOVICH, an individual and<br>CHARLES RUTENBERG REALTY, INC.<br>A Florida Corporation.<br><br>*Defendant(s)* | Civil Action No. 23-cv-60752-RAR |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Charles Rutenberg Realty, Inc.
c/o Michael Glenn Webb
1545 S. BELCHER RD.
CLEARWATER, FL 33764

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John P. Hess
John P. Hess, P.A.
515 North Flagler, P 300
West Palm Beach, FL 33401
Ph: (305) 310-0904
Email: jhess@johnphess.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Apr 24, 2023

*s/ Esperanza Buchhorst*
Deputy Clerk
U.S. District Courts

SUMMONS